LESLIE K. ICZKOVITZ  # 2393
Law Offices of Leslie K. Iczkovitz
1350 Ala Moana Boulevard, Suite 1508
Honolulu HI 96814
Tel: (808) 523-8449
Fax: (808) 356-0832
Email: lesisko@aol.com
Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 06 2012

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BABY ANN A. RILVERIA, | Case No.: 1:11-cv-00495-SOM -RLP |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| NATIONAL COMMERCIAL SERVICES, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, BABY ANN A. RILVERIA and Defendant, NATIONAL COMMERCIAL SERVICES, INC., hereby stipulate that the entire action be dismissed, with prejudice, with each side to bear their own attorney's fees and costs.

**KROHN & MOSS, LTD.**

Dated: December 29, 2011

By:/s/ Leslie K. Iczkovitz
Leslie K. Iczkovitz
1350 Ala Moana Boulevard,
Suite 1508
Honolulu HI 96814
Tel: (808) 523-8449
Fax: (808) 356-0832
Email: lesisko@aol.com

|  |  |
|---|---|
|  | **LAW OFFICE OF GREGORY T. GRAB** |
| Dated: December 29, 2011 | By: _____ |
|  | Gregory T. Grab |
|  | The Law Offices of Gregory T. Grab |
|  | 841 Bishop Street, |
|  | Ste 2201 |
|  | Honolulu HI 96813 |
|  | Tel: (808) 946-4411 |
|  | Email: grabslaw@lava.net |

APPROVED AS TO FORM:

_____
SUSAN OKI MOLLWAY
CHIEF UNITED STATES DISTRICT JUDGE